IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-2364-WDM-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$58,734.00 IN UNITED STATES CURRENCY,
1999 DODGE DURANGO VIN 1B4HS28Y5XF608006,
2000 GMC YUKON VIN 1GKEC13T8YJ205715,
1967 MUSTANG VIN 7R03T127021, and
2005 HARLEY DAVIDSON VIN 1HD1GNW105K329661,

    Defendants.

---

**ORDER DISMISSING DEFENDANT 2000 GMC YUKON AND
DEFENDANT 2005 HARLEY DAVIDSON**

---

This matter having come before the Court on the United States' Unopposed Motion to Dismiss Defendant 2000 GMC Yukon and defendant 2005 Harley Davidson, and the Court being fully apprised, it is hereby ORDERED that:

1. Defendant 2000 GMC Yukon is hereby DISMISSED from this case.

2. Defendant 2005 Harley Davidson is hereby DISMISSED from this case; and

3. This Order shall constitute a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 (a)(2).

Dated _May 10, 2011_

BY THE COURT:

_____
WALKER D. MILLER
United States District Court Judge