IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   10-cv-02364-WYD-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$58,734.00 IN UNITED STATES CURRENCY,
1999 DODGE DURANGO VIN 1B4HS28Y5XF608006, and
1967 MUSTANG VIN 7R03T127021,

    Defendants.

---

### **FINAL ORDER OF FORFEITURE**

---

THIS MATTER comes before the Court on the United States' Uncontested Motion for Final Order of Forfeiture [ECF No. 26], filed August 24, 2011.  The Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT publication has been effected as required by G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT after notice, potential claimant Teddy Gallegos has consented to the forfeiture of defendant properties and there have been no third party claims, answers, or other responsive pleadings filed in this matter, and thus, there are no claimants contesting forfeiture of defendant properties;

THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of defendant properties and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465. It further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881; and

THAT the Clerk of Court shall be directed to enter Judgment as to defendant properties.

NOW, THEREFORE, IT IS HEREBY

ORDERED that forfeiture of defendant properties, including all right, title, and interest is hereby entered in favor of the United States; it is

FURTHER ORDERED that the United States shall have full and legal title to defendant properties and may dispose of said properties in accordance with law; it is

FURTHER ORDERED that this Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause under 28 U.S.C. § 2465; and it is

FURTHER ORDERED that the Clerk of Court is directed to enter Judgment as to defendant properties.

Dated:  September 6, 2011

                                                BY THE COURT:

                                                s/ Wiley Y. Daniel  
                                                Wiley Y. Daniel  
                                                Chief United States District Judge